UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GOLDSTEIN,

         *Plaintiff*,

   v.

LAWRENCE H. NEWMAN; AMANDA GOUN; KELLY KEATING; RACHEL LUTZ; and CARMEN FABIAN,

         *Defendants*.

Case No. 25-cv-4118 (DEH)

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Joseph Goldstein. I certify that I am admitted to practice in this Court.

Dated: New York, New York
June 11, 2025

Respectfully submitted,

_____
Catherine G. Willett

BLOCH & WHITE LLP
152 West 57th Street, 8th Floor
New York, New York 10019
Telephone: (212) 702-8670
cwillett@blochwhite.com

*Counsel for Plaintiff*