AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Joseph Goldstein | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-04118-DEH |
| Lawrence H. Newman, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amanda Goun.

Date: 08/01/2025

/s/ Rena Paul
*Attorney's signature*

Rena Paul (Bar No. RP9691)
*Printed name and bar number*

The Paul Firm
347 Fifth Ave., Suite 1402-496
New York, NY 10016
*Address*

rena@thepaulfirm.com
*E-mail address*

(917) 994-2693
*Telephone number*

*FAX number*