**BLOCH & WHITE** LLP                    152 WEST 57TH STREET, EIGHTH FLOOR
                                          NEW YORK, NEW YORK 10019
                                          (212) 702-8670
                                          WWW.BLOCHWHITE.COM

                                          DIRECT DIAL: (212) 901-3825
                                          DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

                                          July 30, 2025

**Via ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Goldstein v. Newman et al.*, 25-CV-04118 (DEH)

Dear Judge Ho,

      We write to respectfully request the Court's permission for Mr. Goldstein to amend his complaint pursuant to Fed. R. Civ. P. 15(a)(2). Through the amendment, Mr. Goldstein seeks only to add two claims to the complaint against the existing Defendants, which is to say, he does not seek to make substantive changes to the factual allegations underlying his claims or to add any new parties. Of course, Mr. Goldstein would be permitted to amend his complaint as a matter of course within 21 days after Defendants' service of a responsive pleading or a motion, *see* Fed. R. Civ. P. 12(b), (e), or (f), but we seek to avoid the unnecessary expenditure of time and resources by the Defendants and the Court in assessing and responding to a pleading that would effectively become moot upon the interposition of the amended complaint.

      Mr. Goldstein has notified Defendant Goun's counsel and Corporation Counsel of his intent to amend the complaint and has provided the proposed amended complaint for their review. Defendant Goun consents to this request on the condition that Defendant Goun's deadline to respond to the amended complaint is correspondingly calendared for September 1, 2025 (and that she reserves all rights to argue that Mr. Goldstein failed to state a claim). Mr. Goldstein has no objection to a response date of September 1, 2025 (or Defendant Goun's reservation). Ms. O'Flynn has informed us that Corporation Counsel's office takes no issue with the proposed amended complaint but is still in the process of resolving representation and therefore can formally take no position on the amendment. Ms. O'Flynn did indicate, however, that it would be helpful to her office if the remaining Defendants' deadline to respond to the amended complaint similarly be calendared for September 1, 2025.

      For the Court's consideration, we attach hereto as Exhibit A Mr. Goldstein's proposed amended complaint, and as Exhibit B the proposed amended complaint with proposed changes reflected in redline.

Thank you for your consideration of this request.

<div style="color: blue;">
Application GRANTED. Plaintiff shall file the Amended Complaint by **August 6, 2025**. Accordingly, Defendants' deadline to respond is extended to **September 1, 2025.** SO ORDERED.
</div>

Respectfully submitted,

Benjamin D. White

**BLOCH & WHITE LLP**
Benjamin D. White
Michael L. Bloch
Catherine G. Willett
152 West 57th Street, 8th Floor
New York, New York 10019

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
Joel B. Rudin
152 West 57th Street, 8th Floor
New York, New York 10019

*Attorneys for Joseph Goldstein*

Dale E. Ho
United States District Judge Dated:
August 5, 2025
New York, New York

Cc: All counsel by ECF

2