**BLOCH & WHITE LLP**

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

August 26, 2025

<u>Via ECF</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *Goldstein v. Newman et al.*, 25-CV-04118 (DEH)

Dear Judge Ho,

  We write to respectfully request an adjournment of the September 4, 2025 Initial Pretrial Conference to September 11, 2025, or a time and date thereafter convenient to the Court. Pursuant to the Court's Individual Rule 2(e)(v), the parties propose October 8 and October 9, 2025, as alternative conference dates. We also respectfully request a corresponding extension of the deadline for the parties to submit the joint letter and proposed civil case management plan, which is currently due on August 28, 2025, pursuant to the Court's Individual Rule 3(c).

  The reason for this request is that Corporation Counsel is still finalizing representation and thus the parties would not be able to confer meaningfully regarding the required topics prior to the August 28 deadline. Mr. Francolla did notify counsel on August 25, however, that issues regarding representation were nearly resolved, and the parties expect to be able to confer regarding these matters shortly. The Court has previously granted Corporation Counsel's request to adjourn the pretrial conference in connection with its consented-to request for an extension of the answer date. *See* Dkt. No. 10. Other than the aforementioned deadline to submit the joint letter and proposed case management order, this adjournment will not affect any other scheduled dates. Corporation Counsel and counsel for Defendant Goun consent to this request.

  Thank you for your consideration of this request.

                 Respectfully submitted,

                 Benjamin D. White

**BLOCH & WHITE LLP**
Benjamin D. White
Michael L. Bloch
Catherine G. Willett
152 West 57th Street, 8th Floor
New York, New York 10019

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
Joel B. Rudin
152 West 57th Street, 8th Floor
New York, New York 10019

*Attorneys for Joseph Goldstein*

Cc: All counsel by ECF

The conference currently scheduled for September 4, 2025, is RESCHEDULED to October 9, 2025 at 11:00 A.M. ET. Counsel shall appear by dialing (646) 453-4442 and entering Conference ID: 610 764 089, followed by the pound (#) sign. The parties are ORDERED to submit a joint letter in accordance with Paragraph 3.c of the Court's Individual Rules no later than October 2, 2025. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: August 27, 2025
New York, New York

2