UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

JOSEPH GOLDSTEIN,

                                                25 CV 4118 (DEH)

                                    Plaintiff,

        -against-                    **ANSWER TO AMENDED COMPLAINT**

LAWRENCE H. NEWMAN; KELLY
KEATING; AMANDA GOUN; RACHEL          JURY TRIAL DEMANDED
LUTZ; and CARMEN FABIAN,

                                    Defendants.

------------------------------------------------------------- x

        Defendants Newman, Keating, Lutz and Fabian, by their attorney, Muriel Goode-

Trufant, Corporation Counsel of the City of New York, as and for their answer to plaintiff's

Amended Complaint, respectfully:

        1.      Deny the allegations in paragraph "1" of the Amended Complaint.

        2.      Deny the allegations in paragraph "2" of the Amended Complaint.

        3.      Deny the allegations in paragraph "3" of the Amended Complaint.

        4.      Deny the allegations in paragraph "4" of the Amended Complaint.

        5.      Deny the allegations in paragraph "5" of the Amended Complaint.

        6.      Deny the allegations in paragraph "6" of the Amended Complaint.

        7.      Deny the allegations in paragraph "7" of the Amended Complaint.

        8.      Deny the allegations in paragraph "8" of the Amended Complaint, except
admit that plaintiff brings this action as stated therein.

        9.      Deny the allegations in paragraph "9" of the Amended Complaint, except
admit that plaintiff invokes the Court's jurisdiction as stated therein.

10.     Deny the allegations in paragraph "10" of the Amended Complaint, except admit that plaintiff purports to base venue as stated therein.

11.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "11" of the Amended Complaint.

12.     Deny the allegations in paragraph "12" of the Amended Complaint, except admit that defendant Newman was so employed.

13.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "13" of the Amended Complaint.

14.     Admit the allegations set forth in paragraph "14" of the Amended Complaint.

15.     Admit the allegations set forth in paragraph "15" of the Amended Complaint.

16.     Admit the allegations set forth in paragraph "16" of the Amended Complaint.

17.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "17" of the Amended Complaint.

18.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "18" of the Amended Complaint.

19.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "19" of the Amended Complaint.

20.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "20" of the Amended Complaint.

21.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "21" of the Amended Complaint.

22.     Deny the allegations in paragraph "22" of the Amended Complaint.

23.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "23" of the Amended Complaint.

24.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "24" of the Amended Complaint.

25.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "25" of the Amended Complaint.

26.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "26" of the Amended Complaint.

27.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "27" of the Amended Complaint.

28.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "28" of the Amended Complaint.

29.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "29" of the Amended Complaint.

30.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "30" of the Amended Complaint.

31.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "31" of the Amended Complaint.

32.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "32" of the Amended Complaint.

33.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "33" of the Amended Complaint.

34.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "34" of the Amended Complaint.

35.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "35" of the Amended Complaint.

36.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "36" of the Amended Complaint.

37.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "37" of the Amended Complaint.

38.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "38" of the Amended Complaint.

39.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "39" of the Amended Complaint.

40.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "40" of the Amended Complaint.

41.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "41" of the Amended Complaint.

42.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "42" of the Amended Complaint.

43.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "43" of the Amended Complaint.

44.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "44" of the Amended Complaint.

45.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "45" of the Amended Complaint.

46.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "46" of the Amended Complaint.

47.    Deny the allegations in paragraph "47" of the Amended Complaint.

48.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "48" of the Amended Complaint.

49.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "49" of the Amended Complaint.

50.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "50" of the Amended Complaint.

51.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "51" of the Amended Complaint.

52.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "52" of the Amended Complaint.

53.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "53" of the Amended Complaint.

54.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "54" of the Amended Complaint.

55.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "55" of the Amended Complaint.

56.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "56" of the Amended Complaint.

57.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "57" of the Amended Complaint.

58.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "58" of the Amended Complaint.

59.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "59" of the Amended Complaint.

60.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "60" of the Amended Complaint.

61.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "61" of the Amended Complaint.

62.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "62" of the Amended Complaint.

63.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "63" of the Amended Complaint.

64.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "64" of the Amended Complaint.

65.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "65" of the Amended Complaint.

66.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "66" of the Amended Complaint.

67.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "67" of the Amended Complaint.

68.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "68" of the Amended Complaint.

69.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "69" of the Amended Complaint.

70.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "70" of the Amended Complaint.

71.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "71" of the Amended Complaint.

72.     Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "72" of the Amended Complaint.

73.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "73" of the Amended Complaint.

74.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "74" of the Amended Complaint.

75.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "75" of the Amended Complaint.

76.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "76" of the Amended Complaint.

77.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "77" of the Amended Complaint.

78.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "78" of the Amended Complaint.

79.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "79" of the Amended Complaint.

80.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "80" of the Amended Complaint.

81.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "81" of the Amended Complaint.

82.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "82" of the Amended Complaint.

83.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "83" of the Amended Complaint.

84.     Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "84" of the Amended Complaint.

85.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "85" of the Amended Complaint.

86.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "86" of the Amended Complaint.

87.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "87" of the Amended Complaint.

88.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "88" of the Amended Complaint.

89.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "89" of the Amended Complaint.

90.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "90" of the Amended Complaint.

91.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "91" of the Amended Complaint.

92.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "92" of the Amended Complaint.

93.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "93" of the Amended Complaint.

94.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "94" of the Amended Complaint.

95.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "95" of the Amended Complaint.

96.     Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "96" of the Amended Complaint.

97.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "97" of the Amended Complaint.

98.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "98" of the Amended Complaint.

99.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "99" of the Amended Complaint.

100.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "100" of the Amended Complaint.

101.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "101" of the Amended Complaint.

102.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "102" of the Amended Complaint.

103.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "103" of the Amended Complaint.

104.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "104" of the Amended Complaint.

105.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "105" of the Amended Complaint.

106.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "106" of the Amended Complaint.

107.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "107" of the Amended Complaint.

108.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "108" of the Amended Complaint.

109.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "109" of the Amended Complaint.

110.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "110" of the Amended Complaint.

111.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "111" of the Amended Complaint.

112.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "112" of the Amended Complaint.

113.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "113" of the Amended Complaint.

114.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "114" of the Amended Complaint.

115.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "115" of the Amended Complaint.

116.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "116" of the Amended Complaint.

117.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "117" of the Amended Complaint.

118.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "118" of the Amended Complaint.

119.    Deny the allegations in paragraph "119" of the Amended Complaint.

120.    Deny the allegations in paragraph "120" of the Amended Complaint.

121.    Respectfully refer the Court to the source of the quotation for an accurate

recitation of same.

122.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

123.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "123" of the Amended Complaint, except admit that the two spoke by telephone that evening.

124.    Respectfully refer the Court to the source of the responding officers' body-worn cameras ("BWC") for an accurate recitation of what it captured.

125.    Respectfully refer the Court to the source of the responding officers' body-worn cameras ("BWC") for an accurate recitation of what it captured.

126.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "126" of the Amended Complaint.

127.    Respectfully refer the Court to the source of the responding officers' body-worn cameras ("BWC") for an accurate recitation of what it captured.

128.    Respectfully refer the Court to the source of the responding officers' body-worn cameras ("BWC") for an accurate recitation of what it captured.

129.    Respectfully refer the Court to the source of the responding officers' body-worn cameras ("BWC") for an accurate recitation of what it captured.

130.    Deny the allegations in paragraph "130" of the Amended Complaint.

131.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "131" of the Amended Complaint.

132.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "132" of the Amended Complaint.

133.    Deny the allegations in paragraph "133" of the Amended Complaint.

134.    Deny the allegations in paragraph "134" of the Amended Complaint.

135.    Deny the allegations in paragraph "135" of the Amended Complaint.

136.    Deny the allegations in paragraph "136" of the Amended Complaint.

137.    Deny the allegations in paragraph "137" of the Amended Complaint.

138.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

139.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "139" of the Amended Complaint.

140.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "140" of the Amended Complaint.

141.    Deny the allegations in paragraph "141" of the Amended Complaint.

142.    Deny the allegations in paragraph "142" of the Amended Complaint.

143.    Deny the allegations in paragraph "143" of the Amended Complaint.

144.    Deny the allegations in paragraph "144" of the Amended Complaint.

145.    Deny the allegations in paragraph "145" of the Amended Complaint.

146.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

147.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

148.    Deny the allegations in paragraph "148" of the Amended Complaint.

149.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

150.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "150" of the Amended Complaint.

151.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "151" of the Amended Complaint.

152.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

153.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

154.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

155.    Deny the allegations in paragraph "155" of the Amended Complaint.

156.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "156" of the Amended Complaint.

157.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "157" of the Amended Complaint.

158.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "158" of the Amended Complaint.

159.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "159" of the Amended Complaint.

160.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "160" of the Amended Complaint.

161.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "161" of the Amended Complaint.

162.    Deny the allegations in paragraph "162" of the Amended Complaint.

163.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "163" of the Amended Complaint.

164. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "164" of the Amended Complaint.

165. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "165" of the Amended Complaint.

166. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "166" of the Amended Complaint.

167. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "167" of the Amended Complaint.

168. Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

169. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "169" of the Amended Complaint.

170. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "170" of the Amended Complaint.

171. Respectfully refer the Court to the BWC referenced for an accurate recitation of what it shows.

172. Deny the allegations in paragraph "172" of the Amended Complaint..

173. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "173" of the Amended Complaint.

174. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "174" of the Amended Complaint.

175. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "175" of the Amended Complaint.

176. Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "176" of the Amended Complaint.

177.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "177" of the Amended Complaint.

178.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "178" of the Amended Complaint.

179.    Deny the allegations in paragraph "179" of the Amended Complaint.

180.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "180" of the Amended Complaint.

181.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "181" of the Amended Complaint.

182.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "182" of the Amended Complaint.

183.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "183" of the Amended Complaint.

184.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

185.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "185" of the Amended Complaint.

186.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

187.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

188.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "188" of the Amended Complaint.

189.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "189" of the Amended Complaint.

190.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "190" of the Amended Complaint.

191.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "191" of the Amended Complaint.

192.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

193.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "193" of the Amended Complaint.

194.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "194" of the Amended Complaint.

195.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

196.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "196" of the Amended Complaint.

197.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "197" of the Amended Complaint.

198.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "198" of the Amended Complaint.

199.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "199" of the Amended Complaint.

200.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "200" of the Amended Complaint.

201.    Deny the allegations in paragraph "201" of the Amended Complaint.

202.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "202" of the Amended Complaint.

203.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

204.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

205.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

206.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

207.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

208.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "208" of the Amended Complaint.

209.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

210.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

211.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "211" of the Amended Complaint.

212.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

213.    Respectfully refer the Court to the text conversation referenced for an

accurate recitation of same.

214.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "214" of the Amended Complaint.

215.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

216.    Respectfully refer the Court to the text conversation referenced for an accurate recitation of same.

217.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "217" of the Amended Complaint.

218.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "218" of the Amended Complaint.

219.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "219" of the Amended Complaint.

220.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "220" of the Amended Complaint.

221.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "221" of the Amended Complaint.

222.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "222" of the Amended Complaint.

223.    Deny the allegations in paragraph "223" of the Amended Complaint.

224.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "224" of the Amended Complaint.

225.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "225" of the Amended Complaint.

226.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "226" of the Amended Complaint.

227.    Deny the allegations in paragraph "227" of the Amended Complaint.

228.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "228" of the Amended Complaint.

229.    Deny the allegations in paragraph "229" of the Amended Complaint.

230.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "230" of the Amended Complaint.

231.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "231" of the Amended Complaint.

232.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "232" of the Amended Complaint.

233.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "233" of the Amended Complaint.

234.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "234" of the Amended Complaint.

235.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "235" of the Amended Complaint.

236.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "236" of the Amended Complaint.

237.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "237" of the Amended Complaint, except admit that plaintiff was arrested.

238.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "238" of the Amended Complaint.

239.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "239" of the Amended Complaint.

240.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "240" of the Amended Complaint.

241.    Deny the allegations in paragraph "241" of the Amended Complaint.

242.    Respectfully refer the Court to the felony complaint referenced for an accurate recitation of same.

243.    Respectfully refer the Court to the felony complaint referenced for an accurate recitation of same.

244.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "244" of the Amended Complaint.

245.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "245" of the Amended Complaint.

246.    Respectfully refer the Court to the source of the quotation referenced for an accurate recitation of same.

247.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "247" of the Amended Complaint.

248.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "248" of the Amended Complaint.

249.    Deny the allegations in paragraph "249" of the Amended Complaint.

250.    Deny the allegations in paragraph "250" of the Amended Complaint.

251.    Respectfully refer the Court to the felony complaint referenced for an accurate recitation of same.

252.    Respectfully refer the Court to the corresponding penal law provision for an accurate recitation of same.

253.    Respectfully refer the Court to the felony complaint referenced for an accurate recitation of same.

254.    Deny the allegations in paragraph "254" of the Amended Complaint.

255.    Deny the allegations in paragraph "255" of the Amended Complaint.

256.    Deny the allegations in paragraph "256" of the Amended Complaint.

257.    Deny the allegations in paragraph "257" of the Amended Complaint.

258.    Deny the allegations in paragraph "258" of the Amended Complaint.

259.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "259" of the Amended Complaint.

260.    Deny the allegations in paragraph "260" of the Amended Complaint.

261.    Deny the allegations in paragraph "261" of the Amended Complaint.

262.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "262" of the Amended Complaint, except admit that the appointment of a Special District Attorney was sought.

263.    Respectfully refer the Court to the application referenced for an accurate recitation of same.

264.    Respectfully refer the Court to the application referenced for an accurate recitation of same.

265.    Deny the allegations in paragraph "265" of the Amended Complaint.

266.    Deny the allegations in paragraph "266" of the Amended Complaint.

267.    Deny the allegations in paragraph "267" of the Amended Complaint.

268.    Deny the allegations in paragraph "268" of the Amended Complaint.

269.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "269" of the Amended Complaint.

270.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "270" of the Amended Complaint.

271.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "271" of the Amended Complaint.

272.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "272" of the Amended Complaint.

273.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "273" of the Amended Complaint.

274.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "274" of the Amended Complaint.

275.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "275" of the Amended Complaint.

276.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "276" of the Amended Complaint.

277.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "277" of the Amended Complaint.

278.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "278" of the Amended Complaint.

279.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "279" of the Amended Complaint.

280.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "280" of the Amended Complaint.

281.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "281" of the Amended Complaint.

282.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "282" of the Amended Complaint.

283.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "283" of the Amended Complaint.

284.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "284" of the Amended Complaint.

285.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "285" of the Amended Complaint.

286.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "286" of the Amended Complaint.

287.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "287" of the Amended Complaint.

288.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "288" of the Amended Complaint.

289.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "289" of the Amended Complaint.

290.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "290" of the Amended Complaint.

291.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "291" of the Amended Complaint.

292.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "292" of the Amended Complaint.

293.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "293" of the Amended Complaint.

294.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "294" of the Amended Complaint.

295.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "295" of the Amended Complaint.

296.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "296" of the Amended Complaint.

297.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "297" of the Amended Complaint.

298.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "298" of the Amended Complaint.

299.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "299" of the Amended Complaint, except admit that ADA Esposito was assigned the prosecution of plaintiff.

300.    Deny the allegations in paragraph "300" of the Amended Complaint.

301.    Deny the allegations in paragraph "301" of the Amended Complaint.

302.    Deny the allegations in paragraph "302" of the Amended Complaint.

303.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "303" of the Amended Complaint.

304.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "304" of the Amended Complaint.

305.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "305" of the Amended Complaint.

306.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "306" of the Amended Complaint.

307.    Deny the allegations in paragraph "307" of the Amended Complaint.

308.    Deny the allegations in paragraph "308" of the Amended Complaint.

309.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

310.    Deny the allegations in paragraph "310" of the Amended Complaint.

311.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

312.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

313.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

314.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

315.    Respectfully refer the Court to the superseding information for an accurate recitation of what is contained therein.

316.    Deny the allegations in paragraph "316" of the Amended Complaint.

317.    Deny the allegations in paragraph "317" of the Amended Complaint.

318.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "318" of the Amended Complaint.

319.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "319" of the Amended Complaint.

320.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "320" of the Amended Complaint.

321.    Deny the allegations in paragraph "321" of the Amended Complaint.

322.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "322" of the Amended Complaint.

323.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "323" of the Amended Complaint.

324.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "324" of the Amended Complaint.

325.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "325" of the Amended Complaint.

326.    Paragraph "326" of the Amended Complaint sets forth legal conclusions to which no response is required.

327.    Paragraph "327" of the Amended Complaint sets forth legal conclusions to which no response is required.

328.    Paragraph "328" of the Amended Complaint sets forth legal conclusions to which no response is required.

329.    Paragraph "329" of the Amended Complaint sets forth legal conclusions to which no response is required.

330.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "330" of the Amended Complaint.

331.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "331" of the Amended Complaint.

332.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "332" of the Amended Complaint.

333.    Deny the allegations in paragraph "333" of the Amended Complaint.

334.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "334" of the Amended Complaint.

335.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "335" of the Amended Complaint.

336.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

337.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "337" of the Amended Complaint.

338.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "338" of the Amended Complaint.

339.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "339" of the Amended Complaint, except admit that the charges against were dismissed.

340.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "340" of the Amended Complaint.

341.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "341" of the Amended Complaint.

342.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "342" of the Amended Complaint.

343.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "343" of the Amended Complaint.

344.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "344" of the Amended Complaint.

345.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "345" of the Amended Complaint.

346.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "346" of the Amended Complaint.

347.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "47" of the Amended Complaint.

348.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "348" of the Amended Complaint.

349.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "349" of the Amended Complaint.

350.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "350" of the Amended Complaint.

351.    Deny the allegations in paragraph "351" of the Amended Complaint.

352.    Deny the allegations in paragraph "352" of the Amended Complaint.

353.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "353" of the Amended Complaint.

354.    Deny the allegations in paragraph "354" of the Amended Complaint.

355.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "355" of the Amended Complaint.

356.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "356" of the Amended Complaint.

357.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "357" of the Amended Complaint.

358.    Deny the allegations in paragraph "358" of the Amended Complaint.

359.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "359" of the Amended Complaint.

360.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "360" of the Amended Complaint.

361.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "361" of the Amended Complaint.

362.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "362" of the Amended Complaint.

363.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "363" of the Amended Complaint.

364.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "364" of the Amended Complaint.

365.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "365" of the Amended Complaint.

366.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "366" of the Amended Complaint.

367.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "367" of the Amended Complaint.

368.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "368" of the Amended Complaint.

369.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "369" of the Amended Complaint.

370.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "370" of the Amended Complaint.

371.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "371" of the Amended Complaint.

372.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "372" of the Amended Complaint.

373.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "373" of the Amended Complaint.

374.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "374" of the Amended Complaint.

375.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "375" of the Amended Complaint.

376.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "376" of the Amended Complaint, except admit that the charges against plaintiff were dismissed.

377.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

378.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

379.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "379" of the Amended Complaint, except admit that the charges against plaintiff were dismissed.

380.    Respectfully refer the Court to the source of the quotation for an accurate recitation of same.

381.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "381" of the Amended Complaint, except admit that the charges against

plaintiff were dismissed.

382.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "382" of the Amended Complaint.

383.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "383" of the Amended Complaint.

384.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "384" of the Amended Complaint.

385.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "385" of the Amended Complaint.

386.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "386" of the Amended Complaint.

387.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "387" of the Amended Complaint.

388.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "388" of the Amended Complaint.

389.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "389" of the Amended Complaint.

390.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "390" of the Amended Complaint.

391.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "391" of the Amended Complaint.

392.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "392" of the Amended Complaint.

393.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "393" of the Amended Complaint.

394.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "394" of the Amended Complaint.

395.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "395" of the Amended Complaint.

396.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "396" of the Amended Complaint.

397.    Admit the allegations set forth in paragraph "397" of the Amended Complaint.

398.    Paragraph "398" of the Amended Complaint consists of legal conclusions to which no response is required.

399.    Paragraph "399" of the Amended Complaint consists of legal conclusions to which no response is required.

400.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "400" of the Amended Complaint.

401.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "401" of the Amended Complaint.

402.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "402" of the Amended Complaint.

403.    Deny the allegations in paragraph "403" of the Amended Complaint.

404.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "404" of the Amended Complaint.

405.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "405" of the Amended Complaint.

406.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "406" of the Amended Complaint.

407.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "407" of the Amended Complaint.

408.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "408" of the Amended Complaint.

409.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "409" of the Amended Complaint.

410.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "410" of the Amended Complaint.

411.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "411" of the Amended Complaint.

412.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "412" of the Amended Complaint.

413.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "413" of the Amended Complaint.

414.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "414" of the Amended Complaint.

415.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "415" of the Amended Complaint.

416.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "416" of the Amended Complaint.

417.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "417" of the Amended Complaint.

418.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "418" of the Amended Complaint.

419.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "419" of the Amended Complaint.

420.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "420" of the Amended Complaint.

421.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "421" of the Amended Complaint.

422.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "422" of the Amended Complaint.

423.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "423" of the Amended Complaint.

424.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "424" of the Amended Complaint.

425.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "425" of the Amended Complaint.

426.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "426" of the Amended Complaint.

427.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "427" of the Amended Complaint.

428.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "428" of the Amended Complaint.

429.     Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "429" of the Amended Complaint.

430.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "430" of the Amended Complaint.

431.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "431" of the Amended Complaint.

432.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "432" of the Amended Complaint.

433.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "433" of the Amended Complaint.

434.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "434" of the Amended Complaint.

435.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "435" of the Amended Complaint.

436.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "436" of the Amended Complaint.

437.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "437" of the Amended Complaint.

438.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "438" of the Amended Complaint.

439.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "439" of the Amended Complaint.

440.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "440" of the Amended Complaint.

441.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "441" of the Amended Complaint.

442.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "442" of the Amended Complaint.

443.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "443" of the Amended Complaint.

444.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "444" of the Amended Complaint.

445.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "445" of the Amended Complaint.

446.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "446" of the Amended Complaint.

447.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "447" of the Amended Complaint.

448.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "448" of the Amended Complaint.

449.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "449" of the Amended Complaint.

450.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "450" of the Amended Complaint.

451.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "451" of the Amended Complaint.

452.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "452" of the Amended Complaint.

453.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "453" of the Amended Complaint.

454.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "454" of the Amended Complaint.

455.    Deny the allegations in paragraph "455" of the Amended Complaint.

456.    Deny the allegations in paragraph "456" of the Amended Complaint.

457.    Deny the allegations in paragraph "457" of the Amended Complaint.

458.    Deny the allegations in paragraph "458" of the Amended Complaint.

459.    Deny the allegations in paragraph "459" of the Amended Complaint.

460.    Deny the allegations in paragraph "460" of the Amended Complaint.

461.    Deny the allegations in paragraph "462" of the Amended Complaint.

462.    Deny the allegations in paragraph "462" of the Amended Complaint.

463.    Deny the allegations in paragraph "463" of the Amended Complaint.

464.    Deny the allegations in paragraph "464" of the Amended Complaint.

465.    Deny the allegations in paragraph "465" of the Amended Complaint.

466.    Deny the allegations in paragraph "466" of the Amended Complaint.

467.    In response to the allegations in paragraph "467" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

468.    Deny the allegations in paragraph "468" of the Amended Complaint.

469.    Deny the allegations in paragraph "469" of the Amended Complaint.

470.    Deny the allegations in paragraph "470" of the Amended Complaint.

471.    Deny the allegations in paragraph "471" of the Amended Complaint.

472.    Deny the allegations in paragraph "472" of the Amended Complaint.

473.    Deny the allegations in paragraph "473" of the Amended Complaint.

474.    Deny the allegations in paragraph "474" of the Amended Complaint.

475.    Deny the allegations in paragraph "475" of the Amended Complaint.

476.    Deny the allegations in paragraph "476" of the Amended Complaint.

477.    Deny the allegations in paragraph "477" of the Amended Complaint.

478.    Deny the allegations in paragraph "478" of the Amended Complaint.

479.    In response to the allegations in paragraph "479" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

480.    Admit the allegations in paragraph "480" of the Amended Complaint.

481.    Admit the allegations in paragraph "481" of the Amended Complaint.

482.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "482" of the Amended Complaint.

483.    Deny the allegations in paragraph "483" of the Amended Complaint.

484.    Deny the allegations in paragraph "484" of the Amended Complaint.

485.    Deny the allegations in paragraph "485" of the Amended Complaint.

486.    Deny the allegations in paragraph "486" of the Amended Complaint.

487.    Deny the allegations in paragraph "487" of the Amended Complaint.

488.    Deny the allegations in paragraph "488" of the Amended Complaint.

489.    In response to the allegations in paragraph "489" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

490.    Deny the allegations in paragraph "490" of the Amended Complaint.

491.    Deny the allegations in paragraph "491" of the Amended Complaint.

492.    Deny the allegations in paragraph "492" of the Amended Complaint.

493.    Deny the allegations in paragraph "493" of the Amended Complaint.

494.    Deny the allegations in paragraph "494" of the Amended Complaint.

495.    Deny the allegations in paragraph "495" of the Amended Complaint.

496.     Deny the allegations in paragraph "496" of the Amended Complaint.

497.     Deny the allegations in paragraph "497" of the Amended Complaint.

498.     Deny the allegations in paragraph "498" of the Amended Complaint.

499.     In response to the allegations in paragraph "499" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

500.     Deny the allegations in paragraph "500" of the Amended Complaint.

501.     Deny the allegations in paragraph "501" of the Amended Complaint.

502.     Deny the allegations in paragraph "502" of the Amended Complaint.

503.     Deny the allegations in paragraph "503" of the Amended Complaint.

504.     Deny the allegations in paragraph "504" of the Amended Complaint.

505.     Deny the allegations in paragraph "505" of the Amended Complaint.

506.     In response to the allegations in paragraph "506" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

507.     Paragraph "507" of the Amended Complaint consists of legal conclusions to which no response is required.

508.     Deny the allegations in paragraph "508" of the Amended Complaint.

509.     Deny the allegations in paragraph "509" of the Amended Complaint.

510.     Deny the allegations in paragraph "510" of the Amended Complaint.

511.     In response to the allegations in paragraph "511" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

512.     Deny the allegations in paragraph "512" of the Amended Complaint.

513.     Deny the allegations in paragraph "513" of the Amended Complaint.

514.     Deny the allegations in paragraph "514" of the Amended Complaint.

515.     Deny the allegations in paragraph "515" of the Amended Complaint.

516.    Deny the allegations in paragraph "516" of the Amended Complaint.

517.    Deny the allegations in paragraph "517" of the Amended Complaint.

518.    In response to the allegations in paragraph "518" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

519.    Deny the allegations in paragraph "519" of the Amended Complaint.

520.    Deny the allegations in paragraph "520" of the Amended Complaint.

521.    Deny the allegations in paragraph "521" of the Amended Complaint.

522.    Deny the allegations in paragraph "522" of the Amended Complaint.

523.    Deny the allegations in paragraph "523" of the Amended Complaint.

524.    Deny the allegations in paragraph "524" of the Amended Complaint.

525.    Deny the allegations in paragraph "525" of the Amended Complaint.

526.    In response to the allegations in paragraph "526" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

527.    Deny the allegations in paragraph "527" of the Amended Complaint.

528.    Deny the allegations in paragraph "528" of the Amended Complaint.

529.    Deny the allegations in paragraph "529" of the Amended Complaint.

530.    Deny the allegations in paragraph "530" of the Amended Complaint.

531.    Deny the allegations in paragraph "531" of the Amended Complaint.

532.    Deny the allegations in paragraph "532" of the Amended Complaint.

533.    Deny the allegations in paragraph "533" of the Amended Complaint.

534.    Deny the allegations in paragraph "534" of the Amended Complaint.

535.    In response to the allegations in paragraph "535" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

536.    Deny the allegations in paragraph "536" of the Amended Complaint.

537.    Deny the allegations in paragraph "537" of the Amended Complaint.

538.    Deny the allegations in paragraph "538" of the Amended Complaint.

539.    Deny the allegations in paragraph "539" of the Amended Complaint.

540.    Deny the allegations in paragraph "540" of the Amended Complaint.

541.    Deny the allegations in paragraph "541" of the Amended Complaint.

542.    Deny the allegations in paragraph "542" of the Amended Complaint.

543.    Deny the allegations in paragraph "543" of the Amended Complaint.

544.    Deny the allegations in paragraph "544" of the Amended Complaint.

545.    Deny the allegations in paragraph "545" of the Amended Complaint.

546.    Deny the allegations in paragraph "546" of the Amended Complaint.

547.    Deny the allegations in paragraph "547" of the Amended Complaint.

548.    In response to the allegations in paragraph "548" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

549.    Deny the allegations in paragraph "549" of the Amended Complaint.

550.    Deny the allegations in paragraph "550" of the Amended Complaint.

551.    Deny the allegations in paragraph "551" of the Amended Complaint.

552.    Deny the allegations in paragraph "552" of the Amended Complaint.

553.    Deny the allegations in paragraph "553" of the Amended Complaint.

554.    Deny the allegations in paragraph "554" of the Amended Complaint.

555.    In response to the allegations in paragraph "555" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

556.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "556" of the Amended Complaint.

557.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "557" of the Amended Complaint.

558.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "558" of the Amended Complaint.

559.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "559" of the Amended Complaint.

560.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "560" of the Amended Complaint.

561.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "561" of the Amended Complaint.

562.    In response to the allegations in paragraph "562" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

563.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "563" of the Amended Complaint.

564.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "564" of the Amended Complaint.

565.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "565" of the Amended Complaint.

566.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "566" of the Amended Complaint.

567.    In response to the allegations in paragraph "567" of the Amended Complaint, defendants repeat the responses in the previous paragraphs.

568.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "568" of the Amended Complaint.

569.    Deny knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph "569" of the Amended Complaint.

570.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "570" of the Amended Complaint.

571.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "571" of the Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

572.    The Amended Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

573.    Defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United State or the State of New York or any political subdivision thereof, nor has defendants violated any act of Congress providing for the protection of civil rights.

## THIRD AFFIRMATIVE DEFENSE

574.    Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct or the culpable or negligent conduct of third parties, and was not the proximate result of any act of the defendants.

## FOURTH AFFIRMATIVE DEFENSE

575.    Plaintiff provoked or was at fault for the incident.

## FIFTH AFFIRMATIVE DEFENSE

576.    Plaintiff failed to mitigate his alleged damages.

## SIXTH AFFIRMATIVE DEFENSE

577.    To the extent that the Amended Complaint alleges any claims arising under the laws of the State of New York, such claims may be barred in whole or in part by reason of either

or both plaintiff's failure to comply with the requirements of the New York General Municipal Law, §§ 50-e, 50-h and/or 50-i.

## SEVENTH AFFIRMATIVE DEFENSE

578.    Plaintiff's state law claims may be barred in whole or in part by the statutes of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

579.    At all times relevant to the acts alleged in the Amended Complaint, defendants Newman, Keating, Lutz and Fabian acted reasonably in the proper and lawful exercise of their discretion.

## NINTH AFFIRMATIVE DEFENSE

580.    Defendants Newman, Keating, Lutz and Fabian have not violated any clearly established constitutional or statutory right of which a reasonable person would have known, and are therefore protected by qualified immunity.

## TENTH AFFIRMATIVE DEFENSE

581.    Defendants Newman, Keating, Lutz and Fabian are and/or may be entitled to absolute immunity.

## ELEVENTH AFFIRMATIVE DEFENSE

582.    There was probable cause for plaintiff's arrest, detention, and prosecution.

**WHEREFORE,** defendants Newman, Keating, Lutz and Fabian demand judgment dismissing the Amended Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
　　　 September 1, 2025

　　　　　　　　　　　　　　　MURIEL GOODE-TRUFANT
　　　　　　　　　　　　　　　Corporation Counsel of the
　　　　　　　　　　　　　　　City of New York
　　　　　　　　　　　　　　　Attorney for Defendants Newman, Keating, Lutz and
　　　　　　　　　　　　　　　Fabian
　　　　　　　　　　　　　　　100 Church Street, Room 3-142
　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　(212) 356-3527

　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　Brian Francolla
　　　　　　　　　　　　　　　Senior Counsel

To:　　　All Counsel of Record (by ECF)