Outlook

### 25cv4118 - Goldstein v. Newman et al Opposition Deadline

**From** Emma Stern <estern@blochwhite.com>
**Date** Thu 9/11/2025 3:06 PM
**To** Ho NYSD Chambers <HoNYSDChambers@nysd.uscourts.gov>
**Cc** Benjamin D. White <bwhite@blochwhite.com>; Michael Bloch <mbloch@blochwhite.com>; Catherine Willett <cwillett@blochwhite.com>; Deborah Frankel <dfrankel@blochwhite.com>; bfrancol@law.nyc.gov <bfrancol@law.nyc.gov>; erosen@dynamisllp.com <erosen@dynamisllp.com>; JSolano@dynamisllp.com <JSolano@dynamisllp.com>; rena@thepaulfirm.com <rena@thepaulfirm.com>

CAUTION - EXTERNAL:

Dear Chambers of Judge Ho,

We write on behalf of Plaintiff to seek clarification regarding the deadline to submit the opposition to Defendant Goun's September 1, 2025 Motion to Dismiss in Goldstein v. Newman et al (25cv4118). According to the docket entry for the Motion to Dismiss, the ECF bounce received, and the "Deadlines/Hearings" sections of PACER, Plaintiff's response is due by September 22, 2025. However, we understand that Judge Ho's individual rules point to Local Rule 6.1, which requires opposition submissions to be made within fourteen days from the original motion, which would place the deadline on September 15th. Can you please provide clarification as to which date Plaintiff's opposition brief is due?

Best,
Emma Stern

**Emma W. Stern**
**Paralegal | Bloch & White LLP**
152 West 57th Street | New York, NY 10019
(212) 702-8670
estern@blochwhite.com | https://www.blochwhite.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

The Court is in receipt of the endorsed correspondence.
Plaintiff's Opposition is due by **September 15, 2025.**
SO ORDERED.

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: September 12, 2025
New York, New York