# EXHIBIT 1

# New York State DOMESTIC INCIDENT REPORT

**Agency:** NYPD
**A**
**D#:** D2210816023
**Incident #:** 944
**Complaint #:** 4217

**Reported Date (MM/DD/YY):** 10/08/22   **Time (24 hours):** 1702   **Occurred Date (MM/DD/YY):** 10/08/22   **Time (24 hours):** 1700
☐ Officer Initiated   ☒ Radio Run   ☐ Walk-in   ☐ ICAD (NYC)

**Address (Street No., Street Name, Bldg. No., Apt No.):** 62 West 62 Street, New York
**City, State, Zip:** New York

## Victim (P1)
**Name (Last, First, M.I.) (Include Aliases):** Goun, Amanda, J
**DOB / Age:** [redacted]
☒ Female ☐ Male ☐ Self-Identified
**Language:** ENG
☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ Other Identifier:

## Suspect (P2)
**Name (Last, First, M.I.) (Include Aliases):** Goldstein, Joseph   ISA
**DOB:** 6/7/82
☐ Female ☒ Male ☐ Self-Identified
**Address (Street No., Street Name, Bldg. No., Apt No.):** 62 West 62 Street, New York NY
**Suspect Phone Number:** 646-461-3930
**Language:** ENG
**City, State, Zip:** New York NY
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ Other Identifier:

**Do suspect and victim live together?** ☒ Yes ☐ No
**Suspect/P2 present?** ☐ Yes ☒ No
**Was suspect injured?** ☐ Yes ☒ No
**Possible drug or alcohol use?** ☐ Yes ☒ No
**Suspect supervised?** ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown

**Suspect (P2) Relationship to Victim (P1):** ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative ☐ Other
**Do the suspect and victim have a child in common?** ☒ Yes ☐ No

## Victim Interview
**Emotional condition of VICTIM?** ☒ Upset ☐ Nervous ☒ Crying ☐ Angry ☐ Other:

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
"My Husband hit me with the Bedroom Door."

**Did suspect make victim fearful?** ☒ Yes ☐ No
**Weapon Used?** ☐ Yes ☒ No   **Gun:** ☐ Yes ☒ No   **Other, describe:**
**Access to Guns?** ☐ Yes ☒ No
**Injured?** ☐ Yes ☒ No
**In Pain?** ☐ Yes ☒ No
**Suspect Threats?** ☐ Yes ☒ No   **If Yes, Threats to:** ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other
**Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
**Visible Marks?** ☐ Yes ☒ No

## Suspect
**What did the SUSPECT say (Before and After Arrest):** "Get out of my Room."
**710.30 completed?** ☐ Yes ☐ No

## Witnesses
Child/Witness (1) — [none]
Child/Witness (2) — [none]

## Incident Narrative
**Briefly describe the circumstances of this incident:** At T/P/O P1 and P2 got into a verbal dispute where P2 closed the bedroom door & knocked P1 from the door, which cause P1 to stumbled down to the ground and pain to her right arm. EMS arrived where P1 refuse Medical attention on scene. SGT Fabian Notified. Cell phone recording shows a video of the incident. P2 Drives A Volvo. Works as a reporter for The New York Times. No Access to guns. Hangs out 1 Grand Army Plaza Apt 7M Brooklyn, NY. No Twitter Account.

**DIR Repository checked?** ☐ Yes ☐ No
**Order of Protection Registry checked?** ☐ Yes ☐ No
**Order of Protection in effect?** ☐ Yes ☐ No ☐ Refrain ☐ Stay Away

**Evidence Present?** ☐ Yes ☐ No
**Photos taken:** ☐ Victim Injury ☐ Suspect Injury
**Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other
**Destruction of Property?** ☐ Yes ☒ No

**Offense Committed?** ☐ Yes ☐ No
**Was suspect arrested?** ☐ Yes ☒ No   **If no, explain:**
**Offense 1:** Assault 3
**Offense 2:**

*DISCOVERY* (watermark)

000016 — People v. Joseph Goldstein CR-026758-22NY — Shared 1-10-22

| Agency: NYPD | B ORI: D22100816023 | Incident # 044 | Complaint # 4217 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

No priors

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     ) _____

**Has Suspect ever:**
- Threatened to kill you or your children? ☐ Yes ☒ No
- Strangled or "choked" you? ☐ Yes ☒ No
- Beaten you while you were pregnant? ☐ Yes ☒ No

- Is suspect capable of killing you or children? ☒ Yes ☐ No
- Is suspect violently and constantly jealous of you? ☐ Yes ☒ No
- Has the physical violence increased in frequency or severity over the past 6 months? ☒ Yes ☐ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No   if NO, Why:
Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No   if NO, Why:

**Signatures:**
Reporting Officer: PO Mahinor
Supervisor: SGT Bentebbi 951074

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)

I, Amanda Goun (Victim/Deponent Name) state that on 10/8/2022 (Date) at NY, NY (Location of incident) in the County/City/Town/Village of the State of New York, the following did occur:

I brought my older son w/ friend & his mom for play date w/ my younger son home. Joe was mad at me because he slept through the time he was supposed to be with our kids this morning — we are divorcing — and I had the whole day with our kids. In recent weeks he shut boys' bedroom door on me & pulled refridgerator door from me with yank, and hit/opened refridgerator into me this week → today when we came home he called me names, would not stop in front of friend's mom, they left, and I spoke w/ Joe about it in his room, he came at me in doorway saying to his dad on phone something & he shut door as I was in doorway/room it slammed into me, knocked me from the door, and I said are you for real?

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature: Amanda Goun   Date: 10/8/2022
Witness or Officer Signature: PO Mahinor   Date: 10/8/22
Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested: ☐ Yes ☐ No   Interpreter Used: ☐ Yes ☐ No

Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 of 2

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-02/2020 DCJS Copyright © 2020 by NYS DCJS

000017   People v. Joseph Goldstein   CR-026758-22NY   Shared 1-10-22

| Agency: NYPD | B | ORI: D22008160023 | Incident # | Complaint # |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

No Priors.

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     )   .

**Has Suspect ever:**
- Threatened to kill you or your children? ☐ Yes ☒ No
- Strangled or "choked" you? ☐ Yes ☒ No
- Beaten you while you were pregnant? ☐ Yes ☒ No

- Is suspect capable of killing you or children? ☒ Yes ☐ No
- Is suspect violently and constantly jealous of you? ☐ Yes ☒ No
- Has the physical violence increased in frequency or severity over the past 6 months? ☒ Yes ☐ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☐ Yes ☐ No if NO, Why:
Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No if NO, Why:

**Signatures:**
Reporting Officer: PO Mortimer
Supervisor: SGT Pentabbi 958074

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.): Joseph K. Goldstein 6/4/1982

I, Amanda Goun (Victim/Deponent Name) state that on 10/8/2022 (Date) at NY, NY (Location of incident) in the County/City/Town/Village of the State of New York, the following did occur:

And he was getting me out of his doorway by slamming door into me — door hit my Rt. arm and I fell back across room from door. I called 911 + he told his dad on phone I was calling + he was gone when police arrived minutes later. Our kids were home for the whole thing — ages 6 + 4.

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature: [signature] Goun   Date: 10/8/22
Witness or Officer Signature: PO Mortimer   Date: 10/8/22
Interpreter Signature and Interpreter Service Provider Name:
Interpreter Requested ☐ Yes ☐ No   Interpreter Used ☐ Yes ☐ No   Date:

Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

000018   People v. Joseph Goldstein CR-026758-22NY   Shared 1-10-22