AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Joseph Goldstein | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-04118-DEH |
| Lawrence H. Newman, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amanda Goun                                                                                      .

Date:     09/22/2025

/s/ Tyler Finn
*Attorney's signature*

Tyler Finn (NY Bar No. 5772215)
*Printed name and bar number*

Dynamis LLP
11 Park Place, 4th Floor
New York, NY 10007

*Address*

tfinn@dynamisllp.com
*E-mail address*

(212) 204-2757
*Telephone number*

*FAX number*

| Print | Save As... | Reset |