August 25, 2025

Honorable Dale E. Ho
United States Courthouse
40 Foley Square
New York, New York 10007
HoNYSDChambers@nysd.uscourts.gov

Dear Honorable Dale E. Ho,

      We respectfully submit this clarification regarding the filing recently attributed to "The Litigants of Waterman Watch."

      Specifically, we bring to this Court's attention the following statement on the second page: "We <u>enclose</u> herewith a grievance filed on July 16, 2025, with the Departmental Disciplinary Committee for the First Department <u>by</u> the advocacy group Waterman Watch."

      The grievance dated July 16, 2025, was submitted by Waterman Watch and is publicly available at https://watermanwatch.substack.com/p/attorney-grievance-wrongful-contempt.

      The authors of the aforementioned filing, who are distinct from Waterman Watch, enclosed a copy of this publicly available document as an exhibit to their correspondence to this Court.

      Respectfully submitted,
The Litigants of Waterman Watch

*Waterman Watch is a coalition of individuals concerned about alleged misconduct in New York City matrimonial courts, especially by Judge Kathleen Waterman Marshall. Visit https://watermanwatch.substack.com/ for more information.*

The Court is in receipt of this unsolicited correspondence from non-parties who style themselves as "The Litigants of Waterman Watch."  The correspondence and materials accompanying the non-parties' correspondence do not appear to state a claim for relief which may be granted by this Court.  SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 3, 2025
New York, New York