

**BLOCH & WHITE** LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

October 1, 2025

<u>**Via ECF**</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Goldstein v. Newman et al.*, 25-CV-04118 (DEH)

Dear Judge Ho,

   Pursuant to the Court's Orders of May 21, 2025, June 18, 2025, and August 5, 2025, and in accordance with Paragraph 3.c of the Court's Individual Rules, the parties submit this Joint Letter and the attached Proposed Civil Case Management Plan and Scheduling Order. *See* Dkt. Nos. 7, 10, 20.

(1) Mr. Goldstein asserts state and federal claims against Defendants Newman, Goun, Lutz, Fabian, and Keating for, *inter alia*, violation of his state and federal constitutional rights. The factual and legal issues important to resolving this case are complex. Discovery will involve ascertaining facts regarding, *inter alia*, each defendant's state of mind during the conduct alleged.

(2) All defendants assert that there was probable cause for plaintiff's arrest and prosecution. Defendants Newman, Keating, Lutz and Fabian assert, in the alternative, that they are entitled to absolute immunity or, at a minimum, qualified immunity. Defendant Goun asserts, additionally, that she did not act under color of state law and that the independent judgment of multiple decisionmakers severs any connection between any alleged misconduct and Mr. Goldstein's alleged injuries.

(3) This Court has federal question jurisdiction over Counts I, III, IV, VI, VII, X of the First Amended Complaint pursuant to 28 U.S.C. §§ 1331 and 1343 and supplemental jurisdiction over Counts II, V, VIII, IX, and XI-XIII pursuant to 28 U.S.C. § 1367. Defendant Goun disputes that supplemental jurisdiction is proper over Counts XI-XIII. Venue is proper in the Southern District of New York pursuant to 28 U.S.C.11 1391(b)(1) and (2).

1

(4) The existing deadlines and due dates are as follows:

- October 9, 2025: Initial Pre-trial Conference

(5) Defendant Goun moved to dismiss the Amended Complaint as against her on September 1, 2025. The motion was fully submitted on September 22, 2025.

(6) No discovery has yet taken place. Significant discovery is necessary for the parties to engage in meaningful settlement negotiations, including both document discovery and depositions of defendants and key witnesses.

(7) Plaintiff and Defendants Newman, Fabian, Lutz, and Keating have not engaged in any substantive settlement discussions. Plaintiff and Defendant Goun have engaged in substantive settlement discussions, which are ongoing.

(8) The parties have discussed the use of alternate dispute resolution mechanisms and believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator are not warranted at this time but may potentially be appropriate after the close of fact discovery.

Respectfully submitted,

| | |
|---|---|
| /s/ Benjamin D. White | /s/ Eric S. Rosen |
| Benjamin D. White | Eric S. Rosen |
| **BLOCH & WHITE LLP** | **DYNAMIS LLP** |
| Benjamin D. White | 175 Federal Street St. 1200 |
| Michael L. Bloch | Boston, MA 02110 |
| Catherine G. Willett | |
| 152 West 57th Street, 8th Floor | Jamie Hoxie Solano |
| New York, New York 10019 | Tyler Finn |
| | **DYNAMIS LLP** |
| | 11 Park Place |
| **LAW OFFICES OF JOEL B. RUDIN, P.C** | New York, NY 10007 |
| Joel B. Rudin | |
| 152 West 57th Street, 8th Floor | Rena Tamar Paul |
| New York, New York 10019 | **THE PAUL FIRM** |
| | 347 Fifth Avenue St. 1402-496 |
| *Attorneys for Joseph Goldstein* | New York, NY 10016 |
| | |
| | *Attorneys for Amanda Goun* |
| /s/ Brian C. Francolla | |
| Brian C. Francolla | |
| **NEW YORK CITY LAW DEPARTMENT** | |

100 Church St Room 6-188
New York NY 10007

*Attorney for Lawrence Newman, Rachel Lutz,
Carmen Fabian, Kelly Keating*

Cc: All counsel by ECF

The Court is in receipt of the endorsed correspondence.  The conference scheduled for 11:00 A.M. EST on October 9, 2025, will be held in person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 7, 2025
New York, New York