

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
Corporation Counsel

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

October 7, 2025

**BY ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Goldstein v. Newman, et al., 25-CV-04118 (DEH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants Newman, Keating, Lutz and Fabian in the above-referenced action. In that capacity, I write jointly with plaintiff's counsel to respectfully request that the initial conference scheduled for October 9, 2025, at 11:00 a.m., be adjourned until some time, convenient to the Court, during the week of October 13, 2025. Counsel for co-defendant Goun consents to this request. The reason for this request is two-fold.

First, the undersigned is no longer available to appear as currently scheduled now that the conference will be held in person as opposed to telephonically. When the Court originally rescheduled the initial conference to take place telephonically on October 9, 2025 at 11:00 a.m. (by Order dated August 27, 2025), I had an oral argument scheduled the same day to also take place on October 9, 2025 (at 10:30 a.m.) in the matter of Kellner v. The City of New York et al., 17 CV 1268 (NRM) (MMH). Because the initial conference in this matter was originally scheduled to be telephonic, I requested that the Kellner oral argument be pushed back in order to allow me to appear for both conferences thereby avoiding the need to reschedule either unnecessarily. The Court in Kellner granted that request – rescheduling the oral argument for 11:30 a.m. – such that I would have been able to appear telephonically from the Eastern District of New York for the initial conference in this matter before then participating in person in the oral argument in Kellner. To the extent that both conferences are now scheduled to be in person, I can no longer appear for both. Considering the unexpected scheduling issue from plaintiff's counsel set forth below, the parties conferred and agreed that it would be best to seek to reschedule the initial conference so that all counsel can appear in person. To the extent the Court

is amenable to this request, but unavailable for an initial conference during the week of October 13, 2025, I further note for scheduling purposes that I begin a trial in the matter of <u>Benbow v. Feeley, et al.</u>, 17-CV-6457 (EK) (JRC), before the Honorable Eric R. Komitee on October 20, 2025 – a trial that is scheduled to last up to two weeks. As a result, if the week of October 13, 2025 is not workable for the Court, I will not be available again until the week of November 3, 2025.

Second, co-lead counsel for plaintiff Joseph Goldstein, Benjamin White, unexpectedly needs to be in the Boston area for a funeral on Thursday. Although other members of plaintiff's legal team would be able attend the conference on Thursday, Mr. White would prefer to be there and participate on behalf of Mr. Goldstein, especially if the conference will now be held in person.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc:   All Counsel (By ECF)

The Court is in receipt of the endorsed correspondence. The conference scheduled for 11:00 A.M. EST on October 9, 2025, is ADJOURNED to **2:00 P.M. EST on October 14, 2025**. The conference will be held in person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 8, 2025
New York, New York