UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GOLDSTEIN,<br><br>     *Plaintiff*,<br><br> v.<br><br>LAWRENCE H. NEWMAN; AMANDA GOUN;<br>KELLY KEATING; RACHEL LUTZ; and<br>CARMEN FABIAN,<br><br>     *Defendants*. | Case No. 25-cv-4118 (DEH) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Plaintiff Joseph Goldstein. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    October 16, 2025

                Respectfully submitted,

                /s/ Deborah M. Frankel
                Deborah M. Frankel

                BLOCH & WHITE LLP
                90 Broad Street, Suite 703
                New York, New York 10004
                Telephone: (212) 702-8670
                dfrankel@blochwhite.com

                *Counsel for Plaintiff*