**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH GOLDSTEIN,

  *Plaintiff*,

v.

LAWRENCE H. NEWMAN, KELLY
KEATING, AMANDA GOUN, RACHEL
LUTZ, and CARMEN FABIAN,

    *Defendants*.

No. 25-CV-4118 (DEH)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**
**BETWEEN PLAINTIFF JOSEPH GOLDSTEIN AND DEFENDANT AMANDA GOUN**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Joseph Goldstein

and Defendant Amanda Goun that the claims as against Defendant Amanda Goun in the above-

captioned action are voluntarily dismissed pursuant to Federal Rule of Civil Procedure

41(a)(1)(A). This dismissal is with prejudice and without an award of costs to either party.

Dated: May 4, 2026

|  |  |
|---|---|
| **BLOCH & WHITE LLP** | /s/ *Eric S. Rosen* <br> **DYNAMIS LLP** |
| Benjamin D. White | Eric S. Rosen |
| Michael L. Bloch | Jamie Hoxie Solano |
| Catherine G. Willett | Tyler Finn |
| Deborah M. Frankel | 233 Broadway, Suite 1750 |
| 90 Broad St., Suite 703 | New York, NY 10279 |
| New York, NY 10004 | |
| | |
| **LAW OFFICES OF JOEL B. RUDIN, P.C** | **THE PAUL FIRM** |
| Joel B. Rudin | Rena Tamar Paul |
| 152 West 57th Street, 8th Floor | 347 Fifth Avenue St. 1402-496 |
| New York, NY 10019 | New York, NY 10016 |
| | |
| *Attorneys for Joseph Goldstein* | *Attorneys for Amanda Goun* |