**MEMO ENDORSED**



Victoria R. Pasculli
T: +1 212 479 6879
vpasculli@cooley.com

**Via ECF**

**Plaintiff is hereby ORDERED to file a letter response of no more than 2 pages on or before May 28, 2026. The letter should address whether this case constitutes a relevant proceeding within the statute and the other arguments raised in Safe Horizon's letter**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 22, 2026
New York, New York

May 22, 2026

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Joseph Goldstein v. Lawrence Newman, et al.*, No. 25-CV-4118 (S.D.N.Y.)

Dear Judge Ho:

Non-party Safe Horizon, Inc. ("Safe Horizon") respectfully submits this letter in response to Plaintiff's May 19, 2026 letter motion (ECF No. 49), which requests that the Court determine that the above-captioned action constitutes a "relevant court proceeding" within the meaning of New York Social Services Law ("NY SSL") § 423-a(5)(a) and direct Safe Horizon to produce certain remaining responsive records.

As set forth below and in the accompanying Affirmation of Michael H. Williams, Safe Horizon's General Counsel, attached hereto as Exhibit A, Safe Horizon's position is that the records at issue are confidential under NY SSL § 423-a(5)(a) and cannot be disclosed absent a court determination that this action constitutes a "relevant court proceeding" within the meaning of that statute. Safe Horizon does not take a position as to whether this action satisfies that standard. However, if the Court determines that it does, Safe Horizon will produce the requested records consistent with that determination and any appropriate protective safeguards ordered by the Court.

I.    **Background**

Safe Horizon is a non-profit organization in the United States dedicated to assisting victims of child abuse, domestic abuse, human trafficking, sexual assault, stalking, youth homelessness, and other family and community violence. Through its Child Advocacy Center ("CAC") programs, Safe Horizon provides services to child victims and their families and operates, together with partner organizations, a "child advocacy center" within the meaning of NY SSL § 423-a.

As described in Plaintiff's letter motion, Plaintiff issued a subpoena to Safe Horizon on April 9, 2026 (the "Subpoena"), seeking "[a]ll Documents and/or Communications concerning Joseph Goldstein," including materials "concerning Joseph Goldstein's alleged conduct and any investigation related thereto." ECF No. 49-2. The records at issue concern an interview of Plaintiff's child (identified in the complaint as "Child 1") conducted at the Manhattan CAC operated by Safe Horizon.